IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAMON HAYES,

             Plaintiff,

v.

NURSE PERSINGER, NURSE
UNDERHILL, NURSE ROBBINS,
NURSE PRACTITIONER D. LOZIER,
NURSE JANE DOE, and EOCI
MEDICAL,

             Defendants.

No. 2:18-cv-00074-JR

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation [37] on November 13, 2018, in which she recommends that the Court grant Defendants' Motion for Summary Judgment [26] and dismiss this case. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [37]. Accordingly, Defendants' Motion for Summary Judgment [26] is GRANTED, and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 9th day of January, 2019

MARCO A. HERNÁNDEZ
United States District Judge